# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HUGUETTE NICOLE YOUNG,

    Plaintiff

v.

AARON FORD,

    Defendant

Case No.: 3:20-cv-00452-RCJ-WGC

**Order**

Re: ECF No. 1

    Plaintiff has filed a civil complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    Plaintiff's complaint was accompanied by a document titled "Application to Proceed *In Forma Pauperis*"; however, Plaintiff did not use the court's IFP application form, and instead of providing the information required to determine IFP status, Plaintiff asks the court to reduce the filing fee to $100. Plaintiff's application to proceed IFP (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file a completed IFP application on the court's form or pay the full $400 filing fee. If Plaintiff files the completed IFP application on the court's form, the court will screen the complaint under

28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, this action will be dismissed.

**IT IS SO ORDERED**.

Dated: August 25, 2020

_____
William G. Cobb
United States Magistrate Judge